**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| CASHISH SIMMONS individually and as sole heir to The Estate of RICKEY RAY REED, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TIPTON COUNTY SHERIFF'S DEPARTMENT and SHERIFF SHANNON BEASLEY, individually and in his official capacity and John Doe(s),<br><br>Defendants. | No. 2:25-cv-2850-SHL-atc |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER DEADLINES, AND AMENDING SCHEDULING ORDER**

Before the Court is Plaintiff Cashish Simmons' Motion to Extend Scheduling Order Deadlines, filed September 18, 2026. (ECF No. 21.) On the day of the deadline, Plaintiff seeks a thirty-day extension for the Rule 26 expert witness disclosure and "all subsequent deadlines set forth in the Court's Scheduling Order entered March 19, 2026." (Id. at PageID 97.)

On October 1, 2026, the Parties appeared for a Status Conference at which the Motion was **GRANTED IN PART**, and **DENIED IN PART**. The Motion was **GRANTED** insofar that it extended the following deadlines:

**(c) EXPERT WITNESS DISCLOSURES (Rule 26):**

**(1) DISCLOSURE OF RULE 26 EXPERT INFORMATION FOR PARTY BEARING BURDEN:** October 14, 2026

**(2) DISCLOSURE OF REBUTTAL RULE 26 EXPERT INFORMATION:** November 16, 2026

**(3) EXPERT WITNESS DEPOSITIONS:** December 16, 2026

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** January 15, 2027

**FILING DISPOSITIVE MOTIONS:** January 19, 2027

**JOINT PROPOSED PRETRIAL ORDER DUE:** April 30, 2027
(E-Mail Joint Proposed Pretrial Order in Word or WordPerfect format to: ECF_Judge_Lipman@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** May 7, 2027, at 2:30 p.m.
(All counsel participating in the trial must be present in person at the pretrial conference.)

**JURY TRIAL:** May 24, 2027, at 9:30 a.m. Trial is anticipated to last approximately three to four days.

Plaintiff is cautioned that no further extensions will be granted, and Plaintiff's counsel will remain counsel of record until another attorney appears to take his place, and he files a motion to withdraw that is granted.

**IT IS SO ORDERED,** this 2nd day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE